# LAW OFFICES OF DAVID M. MICHAEL

One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 946-8996

David Martin Michael, Esq.
E-Fax: (877) 538-6220
E-Mail: david@davidmichaellaw.com

Edward Michael Burch, Esq.
E-Fax: (877) 767-3821
E-Mail: edward@davidmichaellaw.com

11 February 2013

Office of the Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**FILED**

FEB 14 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   13-cv-00519-EMC
      *Cromwell v. United States of America*

Dear Clerk:

Per your instruction, please find enclosed one check for $350, constituting the docketing fee for the above entitled case.

I have attached, for reference, a copy of the Request for Payment of Docket Fees issued by your office which indicates that my previously paid fee in the amount of $46.00 may be refunded upon request.

I do hereby **request that** the **$46 fee is refunded**; and please feel free to contact me directly at (415) 518-0498 if you have any questions or concerns, or need any other information from me to effectuate that refund.

Sincerely,

*/s/ Edward M. Burch/*

EDWARD M. BURCH
EMB:ob
Cc:   David Michael

---

IT IS SO ORDERED.
The Clerk of the Court is directed to refund $46 to Edward Burch.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
AS MODIFIED
*/s/ Edward M. Chen/*
Judge Edward M. Chen