MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    Fax: (415) 436-6748
    E-mail: david.countryman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN EATON CROMWELL, Jr., et al., ) | **No. CV 13-00519 EMC** |
|                         Plaintiffs, ) | STIPULATION TO CONTINUE HEARING AND BRIEFING |
|      v. ) | |
| UNITED STATES OF AMERICA, ) | |
|                          Defendant. ) | |

///
///
///
///
///
///
///
///
///

1  Due to unavailability of counsel (plaintiffs' counsel is preparing for a capital murder trial
2  in Orange County) and due to the anticipated release of funds held in the possession of Humboldt
3  County to Elisabeth Nergaard Olsen and John Eaton Cromwell Jr. ("claimants"), which may have
4  a bearing on the instant case, IT IS HEREBY STIPULATED by and between defendant United
5  States of America and claimants, through undersigned counsel, that the hearing on the Motion for
6  Return of Property and the defendant's answer, be continued until August 22, 2013, or the
7  earliest available date thereafter.  It is further STIPULATED that the opposition to the Motion for
8  Return of Property be continued to August 1, 2013, and the reply be continued until August 8,
9  2013.

Dated: 5/28/13

/s/
DAVID M. MICHAEL
Attorney for Claimants
Elisabeth Nergaard Olsen and John Eaton Cromwell Jr.

Dated: 5/28/13

/s/
DAVID B. COUNTRYMAN
Assistant United States Attorney

[PROPOSED] ORDER

UPON CONSIDERATION of the parties' request, the entire record, and for good cause shown, it is by the Court on this __30th__ day of __May__, 2013, ORDERED that the hearing on the Motion for Return of Property and the defendant's answer in the instant case be, and hereby is, CONTINUED until __August 22__, 2013, at __1:30 p.m.__, the opposition to the Motion for Return of Property be continued to __August 1__, 2013, and the reply be continued until __August 8__, 2013. The further case management conference is rescheduled to September 19, 2013 at 10:30 a.m.  An update joint CMC statement shall be filed by September 12, 2013.

Dated: 5/30/13

_____
HONORABLE EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION TO CONTINUE
CV 13-00519 EMC