MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    Fax: (415) 436-6748
    E-mail: david.countryman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN EATON CROMWELL, Jr., et al., )<br>)<br>                       Plaintiffs, )<br>)<br>      v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>                       Defendant. )<br>) | **No. CV 13-00519 EMC**<br><br>STIPULATION TO CONTINUE<br>HEARING AND BRIEFING |

///
///
///
///
///
///
///
///
///

1    Due to unavailability of counsel (plaintiffs' counsel is preparing for a capital murder trial
2  in Orange County) and due to the anticipated release of funds held in the possession of Humboldt
3  County to Elisabeth Nergaard Olsen and John Eaton Cromwell Jr. ("claimants"), which may have
4  a bearing on the instant case, IT IS HEREBY STIPULATED by and between defendant United
5  States of America and claimants, through undersigned counsel, that the hearing on the Motion for
6  Return of Property and the defendant's answer, be continued until August 22, 2013, or the
7  earliest available date thereafter.  It is further STIPULATED that the opposition to the Motion for
8  Return of Property be continued to August 1, 2013, and the reply be continued until August 8,
9  2013.

11  Dated: 5/28/13
12  ____/s/_____
    DAVID M. MICHAEL
    Attorney for Claimants
13  Elisabeth Nergaard Olsen and John Eaton Cromwell Jr.

14  Dated: 5/28/13
15  ____/s/_____
    DAVID B. COUNTRYMAN
16  Assistant United States Attorney

17
                [PROPOSED] ORDER
18
    UPON CONSIDERATION of the parties' request, the entire record, and for good
19  cause shown, it is by the Court on this ___30th___ day of ___May___, 2013, ORDERED that the
20  hearing on the Motion for Return of Property and the defendant's answer in the instant case be,
21  and hereby is, CONTINUED until___August 22___, 2013, at ___1:30 p.m.___,
22  the opposition to the Motion for Return of Property be continued to ___August 1___,
23  2013, and the reply be continued until ___August 8___, 2013. The further
24  case management conference is rescheduled to September 19, 2013 at 10:30 a.m.  An
25  update joint CMC statement shall be filed by September 12, 2013.

26  Dated: 5/30/13
27  _____
    HONORABLE EDWARD M. CHEN
    United States District Judge
28

STIPULATION TO CONTINUE
CV 13-00519 EMC

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen