DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
LAW OFFICES OF DAVID M. MICHAEL
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:   (415) 946-8996
Facsimile:    (877) 538-6220
E-mail:       david@davidmichaellaw.com

Attorneys for Plaintiffs
JOHN EATON CROMWELL, Jr and
ELISABETH NERGAARD OLSEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EATON CROMWELL, Jr. and ELISABETH NERGAARD OLSEN, <br><br>         Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant._____/ | Case No. 3:13-cv-00519-EMC<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>**[P**roposed**] ORDER** |

Due to the resolution of all remaining issues in this matter,

IT IS HEREBY STIPULATED by and between defendant UNITED STATES OF AMERICA and claimants JOHN EATON CROMWELL, JR. AND ELISABETH NERGAARD OLSEN, through undersigned counsel, that this matter be dismissed with prejudice, with each party bearing its own costs.

This stipulation is entered into due to the fact that all property named in this action has either been returned to claimants by Humboldt County authorities, administratively forfeited by the Drug Enforcement Agency, or was never in the possession of the Drug Enforcement Agency.

**STIPULATION FOR DISMISSAL OF ACTION ;**
**[Proposed] ORDER**
Case No. 3:13-cv-00519 EMC

1

IT IS SO STIPULATED:

                                  MELINDA HAAG
                                  United States Attorney

Dated: 12 September 2013          *s/David Countryman*
                                  DAVID COUNTRYMAN
                                  Assistant United States Attorney

Dated:  12 September, 2013         s/David M. Michael
                                  DAVID M. MICHAEL
                                  Attorney for Plaintiffs
                                  John Eaton Cromwell, Jr.
                                  and Elisabeth Nergaard Olsen

     Pursuant to the stipulation of the parties, and good cause having been shown,

     IT IS HEREBY ORDERED that this matter is dismissed with prejudice with each party to bear its own costs.

Dated: _____9/17_____, 2013

[APPROVED stamp — Judge Edward M. Chen]

_____
ED___
UN___                          ___GE

**STIPULATION FOR DISMISSAL OF ACTION ;**
**[Proposed] ORDER**
Case No. 3:13-cv-00519 EMC

2