DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
LAW OFFICES OF DAVID M. MICHAEL
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:   (415) 946-8996
Facsimile:    (877) 538-6220
E-mail:      david@davidmichaellaw.com

Attorneys for Plaintiffs
JOHN EATON CROMWELL, Jr and
ELISABETH NERGAARD OLSEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EATON CROMWELL, Jr. and ELISABETH NERGAARD OLSEN,<br><br>       Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant._____/ | **Case No. 3:13-cv-00519-EMC**<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>**[P~~ropo~~sed] ORDER** |

   Due to the resolution of all remaining issues in this matter,

   IT IS HEREBY STIPULATED by and between defendant UNITED STATES OF AMERICA and claimants JOHN EATON CROMWELL, JR. AND ELISABETH NERGAARD OLSEN, through undersigned counsel, that this matter be dismissed with prejudice, with each party bearing its own costs.

   This stipulation is entered into due to the fact that all property named in this action has either been returned to claimants by Humboldt County authorities, administratively forfeited by the Drug Enforcement Agency, or was never in the possession of the Drug Enforcement Agency.

**STIPULATION FOR DISMISSAL OF ACTION ;**
**[Proposed] ORDER**
Case No. 3:13-cv-00519 EMC

1

1  IT IS SO STIPULATED:

3  MELINDA HAAG
4  United States Attorney

6
7  Dated: 12 September 2013        *s/David Countryman*
   DAVID COUNTRYMAN
8  Assistant United States Attorney

9
10 Dated: 12 September, 2013       s/David M. Michael
   DAVID M. MICHAEL
11 Attorney for Plaintiffs
12 John Eaton Cromwell, Jr.
   and Elisabeth Nergaard Olsen

15    Pursuant to the stipulation of the parties, and good cause having been shown,

16    IT IS HEREBY ORDERED that this matter is dismissed with prejudice with each party
17 to bear its own costs.

18 Dated: _____9/17_____, 2013

   APPROVED
   Judge Edward M. Chen

   _____
   ED____
   UN_____ JUDGE

**STIPULATION FOR DISMISSAL OF ACTION ;**
**[Proposed] ORDER**
Case No. 3:13-cv-00519 EMC

2